UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. ANDERSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>MARCUS POLLARD,<br><br>　　　　　　　Respondent. | Case No. 2:21-cv-04875-SSS-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired, and no objections have been made.

**IT THEREFORE IS ORDERED** that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: September 1, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　United States District Judge

-1-