JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAMES P. ANDERSON,

            Petitioner,

v.

MARCUS POLLARD,

            Respondent.

Case No. 2:21-cv-04875-SSS-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge, **IT IS ORDERED AND ADJUDGED** that the Petition is **DENIED** and the action is **DISMISSED WITH PREJUDICE**.

DATED: September 1, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-